In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Situated on East One Hundred and Fifty-first and One Hundred and Fifty-second Streets, between Courtlandt and Morris Avenues, in the Borough of The Bronx, City of New York, Duly Selected as a Site for School Purposes According to Law.— Reference ordered to Terence J. McManus. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of JOHN H. HENDRICK, an Attorney.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of JOHN FRANCIS MORAN, an Attorney.— Reference ordered to Hon. Joseph E. Newburger, official referee. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of WILLIAM P. MULRY, an Attorney.— Reference ordered to Hon. Joseph E. Newburger, official referee. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

L. A. NIXON PUBLISHING CORPORATION, Appellant, v. WILLIAM B. ROGERS and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MAX HELLMAN, Respondent, v. JULIUS GINSBURG and Another, Copartners, etc., Appellants.— Judgments and orders affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

PIETRO DE FAZIO, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present— Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

NATHAN L. OTTINGER and Others, Appellants, v. ARENAL REALTY CO., INC., and Others, Respondents.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of SECOND AVENUE RAILROAD CORPORATION for a Certiorari Order to Be Directed to WILLIAM G. FULLEN and Others, Constituting the Transit Commission of the State of New York, Being the Metropolitan Division of the Department of Public Service, State of New York.— Order of certiorari dismissed, and the determination of respondents confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of NEW YORK RAILWAYS CORPORATION for a Certiorari Order to Be Directed to WILLIAM G. FULLEN and Others, Constituting the Transit Commission of the State of New York, Being the Metropolitan Division of the Department of Public Service, State of New York.— Order of certiorari dismissed, and the determination of the respondents confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

250 WEST FORTIETH STREET CORPORATION, on Behalf of Itself and All Other Creditors of W. HAITCH REALTY COMPANY, INC., Appellant, v. S. & H. REALTIES, INC., and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY LEVY, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

*Affd., 257 N. Y. 371.